No. 505. THE GERMAN SAVINGS AND LOAN SOCIETY, PETITIONER, *v.* WILLIAM L. TULL ET AL. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Francis J. Heney* for petitioner. *Mr. Robert A. Howard, Mr. L. G. Nash* and *Mr. Samuel R. Stern* for respondents.

No. 545. KOKOMO STEEL AND WIRE COMPANY, PETITIONER, *v.* COLUMBIA WIRE COMPANY. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Thomas A. Banning, Mr. Ephraim Banning* and *Mr. C. C. Shirley* for petitioner. *Mr. Thomas W. Bakewell* for respondent.

No. 559. THE GREENWICH INSURANCE COMPANY OF NEW YORK CITY, PETITIONER, *v.* N. & M. FRIEDMAN CO. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Mark Norris* for petitioner. *Mr. Loyal E. Knappen* for respondent.

No. 560. MISSOURI RIVER POWER COMPANY, PETITIONER, *v.* LOUIS STADLER ET AL. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. A. B. Browne, Mr. Alexander Britton, Mr. Thomas C. Bach* and *Mr. E. C. Day* for petitioner. *Mr. Thomas J. Walsh* for respondents.

No. 563. EDWARD L. HARPER, BANKRUPT, PETITIONER, *v.* GEORGE C. RANKIN, RECEIVER, ETC. February 26, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. R. A. Ayers* for petitioner. *Mr. John W. Herron* and *Mr. William C. Herron* for respondent.